13 JUN 26 PM 3: 56

DEPUTY

~~SEALED~~

**CASE UNSEALED PER ORDER OF COURT**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **13CR2381JM** |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 1512(c)(2) - Obstruction of Justice; Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| BRIAN KARL BRIMAGER, | |
| Defendant. | |

The grand jury charges, at all times material:

**Introductory Allegations**

1. In 2009, defendant BRIAN KARL BRIMAGER ("BRIMAGER") and victim Yvonne Baldelli ("Baldelli"), both of whom lived in Dana Point, California, began a romantic relationship.

2. On September 26, 2011, BRIMAGER and Baldelli flew from California to Bocas Del Toro, Panama ("Bocas"). Baldelli brought along her two high quality sewing machines, her King Charles Spaniel Georgia Mae, and her white Sony VAIO laptop computer.

//
//
//

HEA:WMC:nlv:San Diego
6/26/13

3. Upon arrival in Bocas, BRIMAGER and Baldelli rented a room in "Casa De Sapo," a small hostel located on Isla Carenero. Isla Carenero is a small island near Bocas reachable only by water taxi or private boat.

4. Casa De Sapo, comprised of only five units, was run by an on-site manager. The manager placed BRIMAGER and Baldelli in the unit immediately next door to her own unit and quickly established a close, personal relationship with both BRIMAGER and Baldelli.

5. Almost immediately upon arrival and beginning no later than October 2011, BRIMAGER began emailing another girlfriend ("K.W."), the mother of his young daughter. In these emails, BRIMAGER discussed plans to move back to California to live with K.W. and help raise their daughter. The emails do not mention Baldelli.

6. Beginning in or before mid-October and continuing through late-November 2011, BRIMAGER began fighting with and physically abusing Baldelli. These altercations resulted in yelling and loud noises in the couple's room. During these fights, BRIMAGER struck Baldelli causing bruising around her eyes and on her arms.

7. In November 2011, BRIMAGER sent a series of emails to K.W., his mother, and a friend from the Marine Corps. In these emails, BRIMAGER indicated that he was getting bored with life in Bocas and was planning to return to California in short order. Once again, these emails do not mention Baldelli.

8. On November 24, 2011, the hostel manager broke her leg. While she was being treated in a hospital in Changuinola, Panama, she asked BRIMAGER and Baldelli to watch over the hostel. During this time period, no one lived next door to BRIMAGER and Baldelli.
//

2

1  9.  On the evening of November 26, 2011, BRIMAGER and Baldelli went to Carlos' Steakhouse, a bar and restaurant in Bocas. BRIMAGER and Baldelli left the bar together.

10. In or about the late evening hours of November 26 or the early morning hours of November 27, 2011, BRIMAGER killed Baldelli and disposed of her body in an unknown location.

## Counts 1-10

### (Obstruction of Justice)

11. The Introductory Allegations contained in paragraphs 1 through 10 of this Indictment are re-alleged and incorporated in this Count as if set forth fully herein.

### Methods and Means of the Obstruction

12. In the months following Baldelli's death, defendant BRIAN KARL BRIMAGER ("BRIMAGER") engaged in a pattern of conduct designed to corruptly obstruct, influence, and impede investigation into her disappearance.

13. As a method and means of such obstruction of justice, BRIMAGER engaged in the following conduct:

   a. BRIMAGER concealed and disguised Baldelli's death by disposing of her body so as to avoid detection, destroyed and disposed of physical evidence connected to her death, including her King Charles Spaniel, and manufactured a cover story to explain her disappearance;

   b. BRIMAGER withdrew money from Baldelli's personal bank accounts in order to make it appear that she was still alive and living in the area that matched his cover story; and

3

c.  BRIMAGER impersonated Baldelli over email in an attempt to trick her friends and family into believing she was still alive, thereby obstructing, influencing, and impeding investigation into her disappearance and suspected death.

### Acts in Furtherance of the Obstruction

14. On November 27, 2011, at approximately 10:30 in the morning, BRIMAGER used Baldelli's Sony VAIO laptop to conduct two internet searches within 30 seconds of each other: one for "washing mattress" and then one for "washing mattress blood stain." BRIMAGER conducted these searches in an effort to clean up a mattress after his killing of Baldelli. BRIMAGER could not clean the mattress, however, and threw it in the ocean. BRIMAGER then purchased a new mattress and told the hostel manager that he had thrown the old one in the ocean because his dog had urinated on it.

15. Later in the day on November 27, 2011, BRIMAGER traveled to Bocas and withdrew money from Baldelli's bank accounts in order to make it appear that she had traveled through Bocas en route to Costa Rica.

16. From November 27, 2011 until on or about November 29, 2011, BRIMAGER disposed of physical evidence of his crime, including putting personal items belonging to Baldelli in approximately 10 large trash bags. BRIMAGER placed these bags on the hostel's dock for disposal. The bags contained, among other things, Baldelli's clothing, cosmetics and jewelry.

17. On November 29, 2011, BRIMAGER accessed Baldelli's personal email account. At around 9:15 that morning, BRIMAGER, pretending to be Baldelli, emailed Baldelli's sister, Michelle Valenzuela, and

4

falsely stated that "she" (Baldelli) had broken up with BRIMAGER and was headed to Costa Rica with a man named Tony Gonzales.

18. At around 9:35 that morning, BRIMAGER, again pretending to be Baldelli, composed and sent two emails to the manager of the hostel. The emails falsely claimed that "she" (Baldelli) had already arrived in Costa Rica, and wanted to give the manager Baldelli's two high-end sewing machines.

19. In the afternoon of November 29, 2011, BRIMAGER sent an email from his own Yahoo! account to Baldelli's email account pretending that he thought she had left Panama.

20. On December 10, 2011, BRIMAGER flew back to the United States with a layover in Costa Rica. The following day, while still in Costa Rica, BRIMAGER, again pretending to be Baldelli, composed and sent an email from Baldelli's personal email account to one of Baldelli's friends. The email falsely claimed that "she" (Baldelli) was in Costa Rica traveling and "having a great time."

21. Later in the day on December 11, 2011, while still in Costa Rica, BRIMAGER conducted an internet search on Baldelli's Sony VAIO laptop for the "Festival De La Luz." BRIMAGER then composed - but did not send - an email from Baldelli's personal email account to Valenzuela which falsely indicated that she (Baldelli) and Tony Gonzalez were having fun at the "Festival De La Luz" in San Jose, Costa Rica, and were planning to return to the United States in January 2012.

22. Also on December 11, 2011, BRIMAGER visited an ATM and withdrew $200 from Baldelli's personal bank account in order to make it appear that she was alive and living in San Jose, Costa Rica.

//

23. On December 12, 2011, at approximately 6:20 in the evening, BRIMAGER checked Baldelli's personal email account while on his layover at the Hartsfield-Jackson International Airport in Atlanta, Georgia.

24. On December 12, 2011, at approximately 9:00 in the evening, BRIMAGER landed in San Diego and was picked up at the airport by K.W. He proposed to her two days later and they married shortly thereafter.

25. On December 13, 2011, BRIMAGER sent an email to Valenzuela from his own Yahoo! account stating that he would make arrangements to pick up his truck, which was parked at her house.

26. On December 19, 2011, BRIMAGER sent a text message to Valenzuela following up on his request to pick up his truck. Later that day, Valenzuela spoke to BRIMAGER about filing a missing persons report on Baldelli, but BRIMAGER indicated that he would first try to have Baldelli contact Valenzuela.

27. On December 20, 2011, at approximately 5:30 in the evening, BRIMAGER sent an email from his own Yahoo! account to Baldelli's account pretending that she was alive and asking her to contact her sister, Valenzuela. BRIMAGER included Valenzuela on this email as a blind carbon copy or "bcc."

28. Approximately 30 minutes later, BRIMAGER, pretending to be Baldelli, composed and sent an email from Baldelli's personal email account to Valenzuela. The email falsely indicated that "she" (Baldelli) was fine and "missed talking to mom." The email also included the text from BRIMAGER's earlier unsent email about the Festival De La Luz.

//
//

29. As a result of the email purportedly from Baldelli, Valenzuela delayed filing the missing persons report she had discussed with BRIMAGER the day before.

30. On December 26, 2011, BRIMAGER, again pretending to be Baldelli, composed and sent an email from Baldelli's personal email account to Valenzuela falsely indicating that "she" (Baldelli) was "starting to get a little homesick" and hoped to return home in the second week of January 2012.

31. On March 21, 2012, BRIMAGER falsely stated to FBI agents that: (1) Yvonne Baldelli left Panama for Costa Rica on November 27, 2011; (2) Yvonne Baldelli took her Sony VAIO laptop computer with her when she left Panama; (3) the Sony VAIO laptop computer he possessed on March 21, 2012 was never in Panama; (4) before Yvonne Baldelli purportedly left Panama, he had not been planning to return to the United States; (5) he never struck Yvonne Baldelli; (6) he never accessed Yvonne Baldelli's email account or sent emails purporting to be from Yvonne Baldelli.

32. As described in detail above and incorporated by reference herein, on or about the dates set forth below, within the Southern District of California and elsewhere, BRIMAGER did corruptly obstruct, influence, and impede and attempt to corruptly obstruct, influence and impede, the federal Grand Jury investigation into the disappearance of United States Citizen Yvonne Baldelli, an official proceeding, as set forth below:

//
//
//
//

| Count | Date | Obstructive Conduct |
|---|---|---|
| 1 | November 27, 2011 | BRIMAGER withdrew money from Baldelli's bank account in order to make it appear as though she was still alive. |
| 2 | November 29, 2011 | BRIMAGER sent emails from Baldelli's personal email account purporting to be from Baldelli in order to make it appear as though she was still alive. |
| 3 | Late November, 2011 | BRIMAGER destroyed physical evidence, including a bloody mattress, in order to prevent discovery of Baldelli's death. |
| 4 | Early December, 2011 | BRIMAGER placed personal items belonging to Baldelli in trash bags for disposal in order to prevent their discovery. |
| 5 | December 11, 2011 | BRIMAGER sent an email from Baldelli's personal email account purporting to be from Baldelli in order to make it appear as though she was still alive. |
| 6 | December 11, 2011 | BRIMAGER accessed and withdrew money from Baldelli's personal bank accounts in order to make it appear as though she was still alive. |
| 7 | December 20, 2011 | BRIMAGER sent an email from his personal email account to Baldelli's personal email account in order to make it appear as though she was still alive. |
| 8 | December 20, 2011 | BRIMAGER sent an email from Baldelli's personal email account purporting to be from Baldelli in order to make it appear as though she was still alive. |
| 9 | December 26, 2011 | BRIMAGER sent an email from Baldelli's personal email account purporting to be from Baldelli in order to make it appear as though she was still alive. |

| Count | Date | Obstructive Conduct |
|---|---|---|
| 10 | March 21, 2012 | BRIMAGER made materially false and misleading statements to FBI agents investigating the disappearance of Baldelli, to wit: that Yvonne Baldelli left Panama for Costa Rica on November 27, 2011; that Yvonne Baldelli took her Sony VAIO laptop computer with her when she left Panama; that the Sony VAIO laptop computer he possessed on March 21, 2012 was never in Panama; that before Yvonne Baldelli left Panama, he had not been planning to return to the United States; that he never struck Yvonne Baldelli; and that he never accessed Yvonne Baldelli's email account or sent emails purporting to be from Yvonne Baldelli. |

All in violation of Title 18, United States Code, Section 1512(c)(2).

## Count 11

### (False Statement to a Federal Officer)

33. On or about March 21, 2012, within the Southern District of California, defendant BRIAN KARL BRIMAGER, in a matter within the jurisdiction of the United States, namely, the Federal Bureau of Investigation, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to Special Agent A. Masters with the Federal Bureau of Investigation that:

    a. Yvonne Baldelli left Panama for Costa Rica on November 27, 2011;

    b. Yvonne Baldelli took her Sony VAIO laptop computer with her when she left Panama;

    c. the Sony VAIO laptop computer he possessed on March 21, 2012 was never in Panama;

```
           d.   before Yvonne Baldelli left Panama, he had not been
                planning to return to the United States;
           e.   he never struck Yvonne Baldelli;
           f.   he never accessed Yvonne Baldelli's email account or
                sent emails purporting to be from Yvonne Baldelli;
whereas in truth and fact as defendant then and there well knew, those
statements and representations were false, fictitious and fraudulent
when made; in violation of Title 18, United States Code, Section 1001.
     DATED: June 26, 2013.
```

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
HAMILTON E. ARENDSEN
Assistant U.S. Attorney

By: _____
W. MARK CONOVER
Assistant U.S. Attorney