UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>BRIAN KARL BRIMAGER,<br><br>                              Defendant. | Case No.: 13cr2381-JM<br><br>**ORDER ON DEFENDANT'S MOTION FOR ORDER TO PRODUCE THE DEFENDANT** |

Defendant Brian Karl Brimager filed a Motion to Modify Sentence Under 18 U.S.C. § 3582(c)(2) based on Amendment 821 to the Sentencing Guidelines, (Doc. No 159). Relatedly, Defendant filed a Motion for Order to Produce the Defendant (Doc. No. 161). The Government filed a Response in Opposition to the Motion to Produce Defendant at the 18 U.S.C. § 3582(c)(2) Resentencing Hearing (Doc. No.163) and Defendant duly replied (Doc. No. 164).

As Defendant has conceded, he does not have a statutory or constitutional right to be present at the January 13, 2025, hearing on his Motion to Modify Sentence Under 18 U.S.C. § 3582(c)(2). *See* Fed. R. Crim. P. 43(b)(4) (A defendant need not be present when "[t]he proceeding involves the correction or reduction of sentence under Rule

1

35 or 18 U.S.C. § 3582(c)."). Nonetheless, as the Government has informed the court of the victim's family's intent to address the court at the hearing, the court finds it prudent to allow Defendant to be present at the hearing.

Accordingly, the court exercises its discretion and **GRANTS** Defendant's Motion for Order to Produce the Defendant (Doc. No. 161). *See United States v. Gonzales-Flores,* 701 F.3d 112, 119 (4th Cir. 2012) ("It remains open to district courts to permit a defendant to appear even when Rule 43 does not require his presence."). The Government shall prepare the documents and take all necessary steps to secure Mr. Brimager's presence at the hearing on January 13, 2025. If the United States Marshall Service determines that it cannot transport Defendant to the January 13, 2025, hearing, the Government is to inform the court as soon as practicable, and a new hearing will be set that is convenient to all Parties.

**IT IS SO ORDERED**.

Dated: December 20, 2024

Hon. Jeffrey T. Miller
United States District Judge